**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1685**

NATHANIEL COOPER,

              Plaintiff - Appellant,

         v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; GARY O.
BARTLETT, Executive Director; ARTHUR J. EARLY,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:08-cv-00423-D)

Submitted:  January 14, 2010          Decided:  January 20, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Cooper, Appellant Pro Se. Susan Kelly Nichols, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Alexander McClure Peters,
Special Deputy Attorney General,  Raleigh, North Carolina;
Milton Heath Gilbert, Jr., BAUCOM, CLAYTOR, BENTON, MORGAN &
WOOD, PA, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Cooper appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cooper v. North Carolina State Bd. of Elections, No. 5:08-cv-00423-D (E.D.N.C. June 12, 2009). We deny Cooper's motions to transfer and to expedite, and his "Emergency Motion" for "monetary relief and a cease and desist order against Equifax Credit Bureau and Piedmont Gas." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED